

239 So.2d 357

**Constance Emley CHAMBERS**

**v.**

**Acy Lee CHAMBERS.**

**No. 50825.**

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 357

**Constance Emley CHAMBERS**

**v.**

**Acy Lee CHAMBERS.**

**No. 50851.**

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 357

**Harvey FUSELIER**

**v.**

**STATE MARKET COMMISSION et al.**

**No. 50882.**

Sept. 30, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.